

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2022

No. 04-22-00061-CR

Edison **CARRAMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CR-6386
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's brief was originally due July 13, 2022. On July 13, 2022, appellant filed a motion requesting an extension of time to file his brief until September 12, 2022. After consideration, we **GRANT IN PART** the motion and **ORDER** appellant to file his brief **by August 12, 2022.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court